UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

KIM CHEESMAN,
Plaintiff,

Case No. 3:08-cv-2242-N

v.

COLLECTCORP CORPORATION,
Defendant.
_____/

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

TO THE HONORABLE DAVID C. GODBEY:

Plaintiff, Kim Cheesman, and defendant, **COLLECTCORP CORPORATION**, file this Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii) and in support therefore would respectfully show the court the following:

1. Plaintiff moves to dismiss **COLLECTCORP CORPORATION**.

2. Defendant, **COLLECTCORP CORPORATION**, who has answered, agrees to the dismissal.

3. This case is not a class action.

4. A receiver has not been appointed in this action.

5. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

6. Plaintiff has not dismissed any actions based on or including the same claims as those presented in this suit.

7. This dismissal is with prejudice.

Dated this 10th day of April 2009.

| | |
|---|---|
| LAW OFFICE OF SHARON CAMPBELL | HANSZEN ■ LAPORTE |
| By: /s/ *Sharon K. Campbell* <br> Sharon K. Campbell <br> TBN: 03717600 <br> 3100 Monticello Avenue, Suite 500 <br> Dallas, TX  75206 <br> Telephone:   (214) 351-3260 <br> Facsimile:    (214) 265-7626 <br> Sharon@SharonKCampbell.com | By: /s/ *Amy L. Mitchell* <br> Amy L. Mitchell <br> TBN: 12560500 <br> 4309 Yoakum Boulevard <br> Houston, TX 77006 <br> Telephone:   (713) 522-9444 <br> Facsimile:  (713) 524-2580 <br> amitchell@hanszenlaporte.com |
| Attorney for Plaintiff | Attorney for Defendant |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon defendant's counsel of record by email via CM/ECF on this the 10th day of April, 2009.

/s/ *Sharon K. Campbell*
Sharon K. Campbell